## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

IN RE:

| | |
|---|---|
| **REBECCA L. SCHAFER** | **CASE NO. 08-40826** |
| SSN xxx xx 3704 | **(Chapter 7)** |
| **Debtor.** | |

## REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
## AND APPLICATION FOR DISCHARGE OF TRUSTEE

The undersigned Trustee of the above-referenced estate, having filed the Trustee's Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by the Trustee have been cashed by the bank upon which drawn.

THE TRUSTEE FURTHER reports that all cancelled checks and bank statements of the bank accounts used in the administration of this estate have been submitted to the Office of the Bankruptcy Administrator and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

WHEREFORE, the Trustee prays that the Trustee be discharged of the trust and that the bond be cancelled.

Dated: _____

Wayne Sigmon, Attorney for the Trustee
Wayne Sigmon Attorney at Law PLLC
518 South New Hope Road
Gastonia, North Carolina   28054
(704) 865-6265

**CERTIFICATE OF SERVICE**

      Undersigned certifies that the pleading or paper to which this certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service on this the _____ day of _____, 20 _____.

_____
Wayne Sigmon, Attorney for the Trustee

Via ECF:

Linda Simpson
Bankruptcy Administrator